United States District Court
Southern District of Texas
FILED

FEB 24 2022

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | Criminal No. M-22-0315 |
| § | |
| OSCAR SALINAS § | |
| also known as "Coach" § | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

On or about October 25, 2020, in the Southern District of Texas, the Defendant

**OSCAR SALINAS**
**also known as "Coach"**

being an elected Trustee for the La Joya Independent School District, did obstruct, delay, affect, and attempt to obstruct delay and affect in any way and degree commerce and the movement of articles and commodities in commerce by extortion, as those terms are defined in Title 18, United States Code, Section 1951; that is, SALINAS attempted to obtain property, to wit, additional monetary payment pursuant to a renegotiated contract, not due to Salinas or his office, from Jacinto Garza, CEO of L & G Engineering, with Jacinto Garza's consent, under color of official right.

In violation of Title 18, United States Code, Section 1951.

JENNIFER B. LOWERY
UNITED STATES ATTORNEY


_____
ASSISTANT UNITED STATES ATTORNEY